IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| Shaddix Pulpwood Company, Inc. | ) | Bankruptcy Case No. |
| Tax ID / EIN: xx-xxx5262 | ) | |
| 24 Shaddix Road | ) | 18-42072-JJR-7 |
| Lineville, AL 36266 | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |

## TRUSTEE'S REPORT TO COURT

COMES NOW, Rocco J. Leo, by and through his attorney, and reports to the Court that the Trustee is in the process of investigating potential assets of the Debtor.

Dated this ll<sup>th</sup> day of March, 2020.

_____
Max C. Pope, Jr.
Attorney for Trustee, Rocco J. Leo
Post Office Box 2958
Birmingham, Alabama 35202
(205) 327-5566

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of March, 2020, I have served a copy of the foregoing **Trustee's Report to Court** on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures as indicated below:

**Served Via Electronic Mail:**
Robert Joseph Landry, III
Robert_Landry@alnba.uscourts.gov
U. S. Bankruptcy Administrator's Office
1129 Noble Street Rm 117
Anniston, AL 36201-4665

**Served via Notice of Electronic Filing:**
Rocco J. Leo
rleo@leoandoneal.com
Leo & O'Neal
3250 Independence Dr.
Birmingham, AL 35209-4141

**Served via Notice of Electronic Filing:**
Ralph Kenneth Strawn, Jr.
rstrawn@srlawfirm.comcastbiz.net
Strawn & Robertson, LLC
2401 Rainbow Dr
Gadsden, AL 35901

_____
Max C. Pope, Jr.
Attorney for Trustee, Rocco J. Leo
Post Office Box 2958
Birmingham, Alabama 35202
(205) 327-5566

Case 18-42072-JJR7    Doc 46    Filed 03/11/20    Entered 03/11/20 16:39:14    Desc Main
Document    Page 2 of 2